UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BRUCE KALISH and JAY D. BARRETT, <br><br> Plaintiffs, <br><br> v. <br><br> FOREMOST INSURANCE COMPANY, a Michigan Corporation doing business in Washington, <br><br> Defendant. | No. 3:10-CV-05198-RBL <br><br> Pierce County Superior Court <br> Cause No. 10-2-06368-0 <br><br> **STIPULATION REGARDING DAMAGES AND ORDER OF REMAND TO SUPERIOR COURT** |

## I. STIPULATION

**COMES NOW THE PARTIES** and hereby stipulate to the following:

1.  Without waiver of any claim or defense, the parties stipulate that any and all potential claims being sought by the Plaintiffs in this matter, including claims for contractual damages, claims for coverage, attorney's fees, claims for damages for the alleged bad faith conduct, violations of the Consumer Protection Act, or for violations of the Insurance Fair Conduct Act claims, or any other claims for actual or exemplary damages will not exceed $50,000.00.

2.  Because the amount in controversy does not meet or exceed $75,000.00, the jurisdictional minimum has not been met. This Court, therefore, does not have jurisdiction over this controversy under 28 U.S.C. §1332 and 28 U.S.C. §1441, and this action should be remanded to Pierce County Superior Court.

**STIPULATION REGARDING DAMAGES AND ORDER OF REMAND TO SUPERIOR COURT - 1**
H:\ORDERS\Kalish Stip.Remand.wpd

COLE, LETHER, WATHEN, LEID & HALL, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494

1     DATED this _____ day of March, 2010

| | |
|---|---|
| COLE, LETHER, WATHEN, LEID & HALL, P.C. | CAMPBELL, DILE, BARNETT, SMITH & WILEY, PLLC |
| s/ Rory W. Leid, III | /s/ |
| Rory W. Leid, III, WSBA #25075<br>Midori R. Sagara, WSBA #39626<br>Attorneys for Defendant<br>Cole Lether Wathen Leid & Hall, P.C.<br>1000 Second Avenue, Suite 1300<br>Seattle, WA 98104<br>T:  206 622 0494<br>F:  206 587 2476<br>rleid@clwlh.com<br>msmith@clwlh.com | Bryce Dille, WSBA #2862<br>Attorney for Plaintiffs<br>Campbell, Dile, Barnett, Smith & Wiley, PLLC<br>317 South Meridian<br>Puyallup, WA 98371<br>253-848-3513 ext203<br>253-845-4941 |

---

**STIPULATION REGARDING DAMAGES AND ORDER OF REMAND TO SUPERIOR COURT - 2**
H:\ORDERS\Kalish Stip.Remand.wpd

COLE, LETHER, WATHEN, LEID & HALL, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494

## II.  ORDER

In conformity with the attached stipulation regarding damages and order of remand to superior court, it is hereby ORDERED that the above-captioned action is remanded to Pierce County Superior Court, Cause No. 10-2-06368-0, effective upon entry of this order.

DATED this 2nd day of April, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

COLE, LETHER, WATHEN, LEID & HALL, P.C.

  s/ Rory W. Leid, III
Rory W. Leid, III, WSBA #25075
Midori R. Sagara, WSBA #39626
Attorneys for Defendant
Cole Lether Wathen Leid & Hall, P.C.
1000 Second Avenue, Suite 1300
Seattle, WA 98104
T:  206 622 0494
F:  206 587 2476
rleid@clwlh.com
msmith@clwlh.com

**STIPULATION REGARDING DAMAGES AND ORDER OF REMAND TO SUPERIOR COURT - 3**
H:\ORDERS\Kalish Stip.Remand.wpd

COLE, LETHER, WATHEN, LEID & HALL, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494